# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 97-10040

IN THE MATTER OF:
ROBERT DOUGLAS MCCAFFITY,

Debtor,

ROBERT DOUGLAS MCCAFFITY,

Appellant,

versus

JENNIFER D. HERRIN,

Appellee.

Appeal from the United States District Court
for the Northern District of Texas
(4:96-CV-673-A)

January 8, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM and DEMOSS, Circuit Judges.

PER CURIAM:[*]

This matter is before the court on appeal of the district court's affirmance of the orders of the bankruptcy court dismissing the bankruptcy petition of Robert Douglas McCaffity and imposing sanctions. Having considered the record and briefs, and finding no reversible error, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.